AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 25 2019
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                  )    Case No. 4:19mj25T
Property Located at )
1856 Virginia Avenue )
Martinsville, Virginia 24112 )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Western    District of    Virginia
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B"

**YOU ARE COMMANDED** to execute this warrant on or before   July 30, 2019   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    United States Magistrate Robert S. Ballou   .
                                                                                                                      *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   July 16 2019
                              3:15 pm
                                                                              *Judge's signature*

City and state:    Roanoke, Virginia             Robert S. Ballou United States Magistrate Judge
                                                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 4:19m 27 | Date and time warrant executed: 7/17/19 @ 1200 | Copy of warrant and inventory left with: Vincent JONES, MD |

Inventory made in the presence of: SA Rob Slease

Inventory of the property taken and name of any person(s) seized:

See attached DEA 12

**Received in Chambers**
By Reliable Electronic Means
July 25, 2019
**Hon. Robert S. Ballou**
**United States Magistrate**

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/17/19

*Anita Sowers*
*Executing officer's signature*

Anita L. Sowers Task Force Officer
*Printed name and title*

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

CFC
c/o Vincent JONES

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 7-17-19

DIVISION/DISTRICT OFFICE

WDO/RRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | HP laptop S/N CND737BW97 Model 15-BW030NR | Evidence |
| 1 | Acer Aspire X S/N DTSUVAA0014070316923D00 Model AXC-603E-UW30 | Evidence |
| 1 | HP Laptop Model 15-DB0081WM S/N CND92006NK | Evidence |
| 1 | HP Laptop Model 15-BA018WM S/N CND6315X8S | Evidence |
| 1 | AOC Computer Moniotor Model #1952M0001 S/N ACJF5HA0014210 | Evidence |
| 1 | HP Laptop Model #15-DB0081WM S/N CND92006LW | Evidence |
| 1 | HP Slimline Desktop PC Model #TPC-W036-SF S/N CNV735D18C | Evidence |

RECEIVED BY (Signature): Anita Sowers

NAME AND TITLE (Print or Type): Anita Sowers/TFO

WITNESSED BY (Signature): Robert Slease

NAME AND TITLE (Print or Type): Robert Slease - SA

FORM DEA-12 (9-00) Previous editions obsolete

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

CFL
SA/Rudkcst Jones

FILE NO.

G-DEP IDENTIFIER

FILE TITLE: [illegible]

DATE: 07/17/19

DIVISION/DISTRICT OFFICE

WDO/RRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Phone Message Book | Evidence |
| 1 | Pharmacy Correspondence | Evidence |
| 1 | Patient Correspondence | Evidence |
|  | Patient Schedules | Evidence |
|  | Patient Workup Sheets | Evidence |

Nothing Follows

RECEIVED BY (Signature): Anita Sowers
NAME AND TITLE (Print or Type): Anita Sowers /TFO

WITNESSED BY (Signature): [signature]
NAME AND TITLE (Print or Type): Robert Sleger /SA

FORM DEA-12 (9-00) Previous editions obsolete

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

CFC
c/o Vincent Jones

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 7-17-19

DIVISION/DISTRICT OFFICE

RRO/WDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
|  | Room C | Evidence |
| 1 | Filing Box. Lab requests December 2018 - June 2019 |  |

nothing follows

RECEIVED BY (Signature): Anita Soumeno

NAME AND TITLE (Print or Type): Anita Soumeno / TFO

WITNESSED BY (Signature): Robert Sloss

NAME AND TITLE (Print or Type): Robert Sloss / SA

FORM DEA-12 (9-00) Previous editions obsolete

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

CFC
c/o Vincent Jones

FILE NO.:
G-DEP IDENTIFIER:
FILE TITLE:
DATE: 7-17-19

DIVISION/DISTRICT OFFICE: RRO/WDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 7 | Room G Correspondence TVA DHP | Evidence |
| 3 | Tapering Flow Chart/Checklist | |
| 1 | List Non-Compliant Patients | |
| 1 | File Assorted Drug test Literature | |
| 4 | Rxs Rita Smith, Kevin Smith, Addie Johnson | |
| 1 | Ameritox - Not Recently Monitored Report | |
| 1 | Spiral Notebook Patient Appointment | |

Nothing Follows

RECEIVED BY (Signature): Anita Sowers
NAME AND TITLE (Print or Type): Anita Sowers / TFO

WITNESSED BY (Signature): [signature]
NAME AND TITLE (Print or Type): Robert Slegr / SA

FORM DEA-12 (9-00) Previous editions obsolete

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 27/12/19

DIVISION/DISTRICT OFFICE: WDO/RRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Personal Dictionary | Evidence - Item H |
|  | 141 Tax Form | Evidence - Item H |

Nothing Follows

RECEIVED BY (Signature): Anita Soares

NAME AND TITLE (Print or Type): Anita Soares / TFO

WITNESSED BY (Signature): [signature]

NAME AND TITLE (Print or Type): Robert Slease / SA

FORM DEA-12 (9-00) Previous editions obsolete

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

CFG
c/o VINCENT JONES

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 07/12/19

DIVISION/DISTRICT OFFICE

WDO/RRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 2 | DICTATION TAPES | EVIDENCE - Room H |
| 4 | CD's | EVIDENCE - Room H |

nothing follows

RECEIVED BY (Signature): Anita Savero
NAME AND TITLE (Print or Type): Anita Savero/TFO

WITNESSED BY (Signature): [illegible]
NAME AND TITLE (Print or Type): Robert Slesse/SA

FORM DEA-12 (9-00) Previous editions obsolete

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

CFC
c/o Vincent Jones

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 7-17-19

DIVISION/DISTRICT OFFICE

WDO/RRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | Michelle Scales | Evidence |
| | Carla Smith chart #2 vol. #2 | |
| | Gloria Hodge chart #2 | |
| | Sherman Justus chart #1 + #2 | |
| | Sherman K. Justus | |
| | Nora Justice chart #2 | |
| | Christopher Ramsey #2 + vol. #2 | |
| | Vanessa Hairston chart #2 | |
| | Michelle Oulds chart #2 | |
| | Pamela Hamlett | |
| | Alfred Eccles chart #2 | |
| | Jermaine Finney | |
| | Jimmy Price | |
| | Jason Cassell | |
| | Jamie Harbour | |
| | Lavalette Watkins vol. #2 | |

RECEIVED BY (Signature)
Anita Sowers

NAME AND TITLE (Print or Type)
Anita Sowers/TFO

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
Robert Stross/SA

FORM DEA-12 (9-00) Previous editions obsolete

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

CFC
c/o Vincent JONES

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 7-17-19

**DIVISION/DISTRICT OFFICE**

WDO/RRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | Sheena Nolen chart #1 vol. #2 | |
| | Christy Spencer chart #1 | |
| | Martha Harris x3 | |
| | Lisa Poole | |
| | Kevin Smith | |
| | Carolyn Purdy chart #2 | |
| | Michelle Dulds chart #2 | |
| | Rita Smith | |
| | Shalina Smith | |
| | Orielle Turner chart #2 | |
| | Christy Spencer chart #2 | |
| | Charles Warnick | |
| | Sharon Wingfield chart #2 | |
| | Fannie Hall chart #2 | |
| | Cynthia Anderson | |
| | Seona Carter | |

**RECEIVED BY (Signature)** Anita Sowers

**NAME AND TITLE (Print or Type)** Anita Sowers/TFO

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)** Robert Slegg/SA

FORM DEA-12 (9-00) Previous editions obsolete

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
CFC
c/o Vincent JONES

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 7-17-19

DIVISION/DISTRICT OFFICE
WDO/RRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | Major Seales | Evidence |
| | Don Draper | |
| | Carolyn Purdy | |
| | Alfred Eccles | |
| | Stephan McCrickard chart #2 | |
| | Cora Justice chart #1 | |
| | Jennifer Massey | |
| | Tina Pruitt chart #2 | |
| | Tanya Justus chart #1 | |
| | Stephan McCrickard volume #2 | |
| | Fannie Hall chart #1 | |
| | Carla Smith chart #2 | |
| | Jimmy Sigmon | |
| | Tina Pruitt chart #1 | |
| | Sharon Wingfield chart #1 vol.#2 | |
| | Orielle Turner chart #1 | |

RECEIVED BY (Signature)
Anita Severo

NAME AND TITLE (Print or Type)
Anita Severo/TFO

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
Robert Slagle/SA

FORM DEA-12 (9-00) Previous editions obsolete

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

CFC
c/o Vincent JONES

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 7-17-19

**DIVISION/DISTRICT OFFICE**

WDO/RRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | Don Draper chart #2 | Evidence |
| | Krystal Bean chart #1 + #2 | |
| | Krystal Bean chart #3 | |
| | Gloria Hodge chart #2 | |
| | Jermaine Finney chart #2 | |
| | Arthur Justice chart #2 | |
| | Diane Jacobs chart #2 | |
| | Sheena Nolen chart #2 | |
| | Cassandra Kellam | |
| | Rita Gilbert chart #2 | |

**RECEIVED BY (Signature)**
Anita Sowero

**NAME AND TITLE (Print or Type)**
Anita Sowero /TFO

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**
Robert Sleeso /SA

FORM DEA-12 (9-00) Previous editions obsolete